**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 443 WAL 2018

                               Respondent          :

                                             :    Petition for Allowance of Appeal from

                                             :    the Order of the Superior Court

                     v.                        :

                                             :

CHARLES W. SMITH,                      :

                                             :

                           Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.